IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER EARNEST VAUGHN                                                                            PLAINTIFF

v.                                            Case No. 4:24-cv-04017

MICKEY BUCHANON                                                                                  DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's claims against Defendant Buchanon be dismissed pursuant to 28 U.S.C. § 1915A(b)(2) for failure to state a claim upon which relief may be granted. Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Plaintiff did, however, file a motion to dismiss his case without prejudice. ECF No. 7.

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. All claims against Defendant Buchanon are hereby **DISMISSED WITHOUT PREJUDICE**. Further, Plaintiff's Motion to Dismiss Case (ECF No. 7) is hereby **DENIED as MOOT**.

**IT IS SO ORDERED**, this 29th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge